542-07/ROSS/PLS

FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, New York 10005
(212) 425-1900

James L. Ross (JR6411)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------
TRANS PACIFIC CARRIERS CO. LTD.,        07 CV 9544

                Plaintiff,

    - against -                                       **RULE 7.1 STATEMENT**
NAIAS MARINE S.A.,

                Defendant
-----------------------------------------------------------

    Plaintiff, TRANS PACIFIC CARRIERS CO. LTD., by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, certifies that it is a private (non-governmental) party, has no corporate parents, and that no publicly-held corporation in the United States owns 10% or more of the stock of the company.

Dated: New York, New York
       October 25, 2007

                                FREEHILL HOGAN & MAHAR, LLP
                                Attorneys for Plaintiff TRANS PACIFIC
                                CARRIERS CO. LTD.

                   By: _____
                           James L. Ross (JR6411)
                           Pamela L. Schultz (PS 8675)
                           80 Pine Street
                           New York, NY 10005
                           Telephone: (212) 425-1900
                           Facsimile: (212) 425-1901