**ORIGINAL**

542-07/ROSS/PLS
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
80 Pine Street
New York, New York 10005
(212) 425-1900
James L. Ross (JR6411)
Pamela L. Schultz (PS 8675)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------

TRANS PACIFIC CARRIERS CO. LTD.,         07 CIV 9544 (LLS)

                  Plaintiff,         NOTICE OF DISMISSAL
                                     PURSUANT TO FRCP 41(a)(1 and
   - against -                          VOLUNTARY WITHDRAWAL OF
                                     ATTACHMENT

NAIAS MARINE S.A.,

                  Defendant
------------------------------------------------------------

The above entitled action is hereby discontinued without prejudice on application of the Plaintiffs pursuant to Fed. R. Civ. 41(a)(1), the defendant not having appeared, filed an answer nor filed a motion for summary judgment, and the Process of Maritime Attachment and Garnishment issued in this action pursuant to Supplemental Rule B is hereby withdrawn and cancelled, and any funds under attachment are to be released according to the original transfer instructions.

Dated: New York, New York
       November 14, 2007

                                       FREEHILL HOGAN & MAHAR, LLP
                                       Attorneys for Plaintiff
                                       By: _____
                                       James L. Ross (JR6411)
                                       Pamela L. Schultz (PS 8675)
                                       80 Pine Street
                                       New York, NY 10005
                                       (212) 425-1900
                                       (212) 425-1901 fax

NYDOCS1/293797.1

_Louis L. Stanton_
U.S.D.J.
11/14/07